# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## SR 708-494

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Faces In The Haze (Ambient)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 9, 2012   **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo

  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com   **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-287

**Effective date of
registration:**

October 5, 2012

## Title

**Title of Work:** Anything You Synthesize

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 25, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States    **Domiciled in:** United States

**Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com    **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification