UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

Poseidon Wave Media LLC

                                        **CIVIL CASE MANAGEMENT PLAN**

                        Plaintiff,
        - against -                     26        -cv- 2835    (BMC)


    Cognifit, Inc. et al.


                        Defendant.
    -------------------------------------------------------------X

COGAN, District Judge.

        After consultation with counsel for the parties, the following Case Management Plan
is adopted.  This plan is also a scheduling order pursuant to Federal Rules of Civil Procedure
16 and 26(f).

**A.**     The case  (is) ✓      is not          to be tried to a jury.

**B.**     Non-Expert Discovery:

    1.      The parties are to conduct discovery in accordance with the Federal Rules
            of Civil Procedure and the Local Rules of the Eastern District of New York.
            All non-expert discovery is to be completed by 9/25/26    , which
            date shall not be adjourned except upon a showing of good cause and further
            order of the Court.   Interim deadlines for specific discovery
            activities  may  be extended by the parties on consent without application to
            the Court,  provided the parties are certain that they can meet the discovery
            completion date.

            The parties shall list the contemplated discovery activities and anticipated
            completion dates in Attachment A, annexed hereto.

3

2.    Joinder of additional parties must be accomplished by __N/A__.

3.    Amended pleadings may be filed without leave of the Court until __7/29/2026__.

**C.**    For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

**D.**    Motions:

1.    Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions. The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

2.    The last day for filing a letter, pursuant to Rule III.A.2 of the Court's Individual Practices, requesting a premotion conference in order to file dispositive motions shall be __October 2, 2026__. (Counsel shall insert a date one week after the completion date for non-expert discovery.)

    a.    There shall be no cross-motions. Any motions not made by the agreed date shall, unless the Court orders otherwise, not be considered until after the timely-filed motion is determined.

    b.    Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Practices.

**E.**    Any request for relief from a date provided in this Case Management Plan shall conform to the Court's Individual Practices and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

**F.**    Pre-Trial Motions:

4

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, as provided by the Court's Individual Rules, and are not to modify or delay the conduct of discovery or the schedules provided in this Case Management Plan except upon leave of the Court.

**SO ORDERED.**

Dated: Brooklyn, New York

_____ __, 20__

_____

U.S.D.J.

5

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| 1. First requests for production of documents and for interrogatories due by: | July 25, 2026 |
| 2. First requests for Notices to Admit due by: | August 25, 2026 |
| 3. Production of privilege log | August 25, 2026 |
| 4. Number of depositions | Plaintiff - requests 1 Defendant - requests 10 To be completed by September 25, 2026 |
| 5. Conference pursuant to Rule 26(f) | 6/26/2026 |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

6

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

1.      **PLAINTIFF'S CLAIMS:**

Actual damages are 10 videos licensed at $8,500 each or $85,000 in total.
Damage to the song to be determined at trial.

Five (5) statutory damage awards.

10 violations of Section 102 of the DMCA and an award of $25,000 per violation plus reasonable attorneys' fees and costs

2.      **COUNTERCLAIMS AND CROSS-CLAIMS:**

3.      **THIRD-PARTY CLAIMS:**

7