**GF**

**GARBARINI FITZGERALD P.C.**

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

July 28, 2026

**VIA ECF**

Honorable Brian M. Cogan
United States District Court Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Poseidon Wave Media LLC v. Cognifit Inc. et al.*, 26-cv-2835 (BMC)**
                **Case Statement**

Your Honor

      I represent the plaintiff in the above-reference matter and file this letter pursuant to the Court's Scheduling Order dated May 18, 2026. Dkt. No. 11.   This letter is not a joint letter as required by the Court's Order, but I, regrettably, could not secure defendant's position.

**Brief Description of the Case**

      **Plaintiff**

      Plaintiff has settled all claims with defendants Bat Area Women's Sports Initiative and Cognifit, Inc.  The sole remaining defendant is Berean Assembly of God.

      Defendant Berean created at least ten (10) videos (the "Infringing Videos"), and, without license or authority, reproduced and synchronized five (5) of plaintiff's copyrighted recordings and compositions to the Infringing Videos.  Defendant also, without license or authority, distributed the Infringing Videos to YouTube where they were publicly displayed on defendant's YouTube page, and linked to defendant's Facebook page.

      Plaintiff demanded defendant Berean cease-and-desist from its infringing conduct on at least four (4) occasions from April 18, 2025 through April 25, 2026.  Defendant elected to not respond to each demand, and continued to infringe, necessitating the within action.  Defendant intentionally infringed plaintiff's rights to the five (5) copyrighted compositions and recordings pursuant to Section 106 of the Copyright Act.

**CERTA BONUM CERTAMEN** ◆ **FIGHT THE GOOD FIGHT**

**Jurisdiction**

> **Plaintiff**

Defendant committed a series of intentional torts out-of-state.  Plaintiff suffered a particularized injury in this jurisdiction as the Copyrighted Tracks were damaged due to their forced association with defendant.  Defendant was made aware of the fact that it was injuring plaintiff and the Copyrighted Tracks in this Judicial District on multiple occasions, yet it elected to continue to infringe after each demand.  Defendant expected or should reasonably have expected its act to have consequences in the state and it derives it substantial revenue from interstate commerce.  This Court properly has jurisdiction pursuant to CPLR § 302(a)(3)(ii).

**Contemplated Motions**

Plaintiff proposes to amend the current pleading as soon as the Court will allow.

GARBARINI FITZGERALD P.C.

By:_____

Richard M. Garbarini

cc: Counsel for Defendants via ECF