# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-494

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Faces In The Haze (Ambient)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 9, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele
  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo
  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com     **Telephone:** 646-552-3011

**Address:** 75-10 197 Street
2nd Floor
Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-287

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** Anything You Synthesize

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 25, 2008   **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele
  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Richard Thomas Cupolo
  **Author Created:** sound recording, performance, production, music

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com   **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 713-282

**Effective date of registration:**

October 5, 2012

---

## Title

**Title of Work:** Bump

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 25, 2008          **Nation of 1st Publication:** United States

## Author

■      **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States          **Domiciled in:** United States

■      **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com          **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000708475
Search Results: Displaying 1 of 1 entries





*Oracle.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000708475 / 2012-10-05 |
| **Application Title:** | Oracle. |
| **Title:** | Oracle. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Yesh Music LLC, Transfer: By written agreement. Address: 75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | John Keith Emanuele; Domicile: United States; Citizenship: United States. Authorship: sound recording, performance, production, music. |
|  | Richard Thomas Cupolo; Domicile: United States; Citizenship: United States. Authorship: sound recording, performance, production, music. |
| **Rights and Permissions:** | John Keith Emanuele, Yesh Music LLC, 75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States, (646) 552-3011, americandollarband@yahoo.com |
| **Names:** | Emanuele, John Keith |
|  | Cupolo, Richard Thomas |
|  | Yesh Music LLC |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record   ▼ | Format for Print/Save |
| Enter your email address: | Email |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 708-490

**Effective date of registration:**

October 5, 2012

---

## Title

**Title of Work:** First Day

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 27, 2012    **Nation of 1st Publication:** United States

## Author

■ **Author:** John Keith Emanuele

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States    **Domiciled in:** United States

■ **Author:** Richard Thomas Cupolo

**Author Created:** sound recording, performance, production, music

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC

75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC

**Name:** John Keith Emanuele

**Email:** americandollarband@yahoo.com    **Telephone:** 646-552-3011

**Address:** 75-10 197 Street

2nd Floor

Flushing, NY 11366  United States

## Certification

# COPYRIGHT ASSIGNMENT

Owner: Yesh Music LLC

Address: 15 Middleton Rd., Garden City, New York

FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Owner hereby transfers and assigns to Charming Beats LLC (hereafter "Company"), located at 2812 Hickory Ridge Drive, Lakeland, FL., and to Company's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the entire copyright to the below works (hereafter, "the Works");

A LONG GOODBYE – SELF-TITLED ALBUM BONUS TRACK
A MEMORY STREAM
AMBIENT ONE
AMBIENT TWO
AMBIENT THREE
ATLAS
AWAKE IN THE CITY
BSIDES
FROM THE INLAND SEA
LIVE IN BROOKLYN
NEAR EAST – ATLAS BONUS TRACK
THE AMERICAN DOLLAR
THE TECHNICOLOUR SLEEP
4 BC
CHILL KINGDOM
WUDAO
LOST SYMPHONY
HIGH SUNSET
LOOKING UP, WE DANCED
GUIDED BY THE GLOWING SEA
CAROUSEL
PATH OF TOTALITY
THUNDER RISING
A SERIOUS QUESTION
A MOMENT BETWEEN US
EVERYTHING
UP
ACROBATS
DISTANCE TO GIBRALTAR
DREAMSCAPE
EYES CLOSING
FALLS
GHOSTS
MIND DRIFTING
MOSAIC

NEIGHBORHOOD
PARAGON
PAUSE
SEA OF ROSES
UNDER A WARM RAIN, ET AL. (LOFI DIMENSIONS)
VONDELPARK (NOON)
VONDELPARK (NIGHT)
WAKE UP SUMMER
AGE OF WONDER
AGE OF WONDER (AMBIENT)
ANYTHING YOU SYNTHESIZE (AMBIENT)
ANYTHING YOU SYNTHESIZE
AS WE FLOAT
AS WE FLOAT (AMBIENT)
BUMP (AMBIENT)
BUMP
CALL
CAMBIAN
CHASE
CHILLPOINT BREAK
CIRCUITS
CIRCUITS (AMBIENT)
CLONES
CROSSING ASIA
CROSSING ASIA (AMBIENT)
DAYTRIP
DEA (AMBIENT)
DEA
EQUINOX
EQUINOX (AMBIENT)
ESCAPIST
ETHER CHANNELS
ETHER CHANNELS (AMBIENT)
EVERYONE GETS SHOT
FACES IN THE HAZE
FACES IN THE HAZE (AMBIENT)
FACES IN THE HAZE (FILM EDIT)
FADE IN OUT
FADE IN OUT (AMBIENT)
FAR ADRIFT
A FEW WORDS
A FEW WORDS (AMBIENT)
FIRST DAY
FIRST DAY (AMBIENT)
FLOOD
FLOOD (AMBIENT)

FRIENDS OF FRIENDS
FRIENDS OF FRIENDS (AMBIENT)
FRONTIER MELT
GLOW
HEAVY EYES IGNITE
HEAVY EYES IGNITE (AMBIENT)
INTERMISSION
INTRO
LANDING (AMBIENT)
LANDING
LIGHTS DIM (AMBIENT)
LIGHTS DIM
A LONG GOODBYE
LONG MARCH
NEAR EAST (AMBIENT)
NEAR EAST
OIL AND WATER
OIL AND WATER (AMBIENT)
ORACLE
ORACLE (AMBIENT)
OUR HEARTS ARE READ
PALESTINE
PAR AVION
PAR AVION (AMBIENT)
PETERSON
RAIDED BY WAVES
RED LETTER
RED LETTER (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE
SANDS
SCHIPOL
SECOND SIGHT
SECOND SIGHT (AMBIENT)
SEPARATE BUT EQUAL
SHADOWS
SHADOWS (AMBIENT)
SIGNALING THROUGH THE FLAMES (AMBIENT)
SIGNALING THROUGH THE FLAMES
SIGNALING THROUGH THE FLAMES (FILM EDIT)
THE SLOW WAIT (PART ONE)
THE SLOW WAIT (PART TWO)
THE SLOW WAIT (PART ONE) (AMBIENT)
THE SLOW WAIT (PART TWO) (AMBIENT)
SOMNAMBULANCE
STARSCAPES (AMBIENT)

STARSCAPES
STEELTOWN (AMBIENT)
STEELTOWN (PART ONE)
STEELTOWN (PART TWO)
STRINGS
STRINGS (AMBIENT)
SUMMER OF WAR
SUPERNOVA LANDSLIDE
THE SWAMP
THE TECHNICOLOUR SLEEP
THOMPSON
TIME (AMBIENT)
TIME
TIME (FILM EDIT)
TONIGHT, LET'S ALL MAKE LOVE IN LONDON
TRANSCENDENCE (AMBIENT)
TRANSCENDENCE
TWELVE DAYS AWAKE
UNDERGROUND
URBANA
URBANA (AMBIENT)
WAR ON CHRISTMAS
WE'RE HITTING EVERYTHING (AMBIENT)
WE'RE HITTING EVERYTHING
WHERE WE ARE (AMBIENT)
WHERE WE ARE
MIRROR VOYAGE
COSMIC WAVE
LOFI DIMENSIONS 2

2. the Owner's interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Works;

| COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
| --- | --- |
| PAu 3-452-712 | A MEMORY STREAM |
| SR 677-648 | AMBIENT ONE |
| SR 679-263 | AMBIENT TWO |
| SRu 1-084-375 | AMBIENT THREE |
| SR 677-194 | ATLAS |
| SR 677-647 | FROM THE INLAND SEA |
| SR 677-646 | LIVE IN BROOKLYN |
| PA 1-306-744 | THE AMERICAN DOLLAR |
| PA 1-346-426 | THE TECHNICOLOUR SLEEP |
| SRu 1-278-417 | 4 BC |

| | |
|---|---|
| SR 795-327 | CHILL KINGDOM |
| SR 796-458 | WUDAO |
| SR 798-499 | LOST SYMPHONY |
| SR 801-234 | HIGH SUNSET |
| SR 803-421 | LOOKING UP, WE DANCED |
| SR 804-344 | GUIDED BY THE GLOWING SEA |
| SR 806-312 | CAROUSEL |
| SR 808-109 | PATH OF TOTALITY |
| SR 808-786 | THUNDER RISING |
| SR 809-389 | A SERIOUS QUESTION |
| SR 810-547 | A MOMENT BETWEEN US |
| SR 811-469 | EVERYTHING |
| SR 813-285 | UP |
| SRu 1232326 | ACROBATS |
| SRu 1232320 | DISTANCE TO GIBRALTAR |
| SR 848018 | DREAMSCAPE |
| SR 848013 | EYES CLOSING |
| SRu 1232318 | FALLS |
| SRu 1232312 | GHOSTS |
| SR 848014 | MIND DRIFTING |
| SRu 1232321 | MOSAIC |
| SRu 1232324 | NEIGHBORHOOD |
| SRu 1232323 | PARAGON |
| SRu 1232311 | PAUSE |
| SRu 1417220 | SEA OF ROSES |
| SR 870953 | UNDER A WARM RAIN, ET AL. |
| SRu 1232329 | VONDELPARK (NOON) |
| SRu 1232331 | VONDELPARK (NIGHT) |
| SRu 1232314 | WAKE UP SUMMER |
| SR 713-231 | AGE OF WONDER |
| SR 713-737 | AGE OF WONDER (AMBIENT) |
| SR 713-314 | ANYTHING YOU SYNTHESIZE (AMBIENT) |
| SR 713-287 | ANYTHING YOU SYNTHESIZE |
| SR 708-480 | AS WE FLOAT |
| SR 708-466 | AS WE FLOAT (AMBIENT) |
| SR 713-301 | BUMP (AMBIENT) |
| SR 713-282 | BUMP |
| SR 713-281 | CALL |
| SR 708-510 | CAMBIAN |

| SR 713-291 | CHASE |
| --- | --- |
| SR 708-528 | CHILLPOINT BREAK |
| SR 713-237 | CIRCUITS |
| SR 713-745 | CIRCUITS (AMBIENT) |
| SR 713-238 | CLONES |
| SR 708-486 | CROSSING ASIA |
| SR 708-465 | CROSSING ASIA (AMBIENT) |
| SR 708-497 | DAYTRIP |
| SR 713-303 | DEA (AMBIENT) |
| SR 713-226 | DEA |
| SR 713-239 | EQUINOX |
| SR 713-747 | EQUINOX (AMBIENT) |
| SR 713-278 | ESCAPIST |
| SR 708-489 | ETHER CHANNELS |
| SR 708-538 | ETHER CHANNELS (AMBIENT) |
| SR 708-504 | EVERYONE GETS SHOT |
| SR 708-492 | FACES IN THE HAZE |
| SR 708-494 | FACES IN THE HAZE (AMBIENT) |
| SR 708-458 | FACES IN THE HAZE (FILM EDIT) |
| SR 713-232 | FADE IN OUT |
| SR 713-739 | FADE IN OUT (AMBIENT) |
| SR 708-460 | FAR ADRIFT |
| SR 713-230 | A FEW WORDS |
| SR 713-735 | A FEW WORDS (AMBIENT) |
| SR 708-490 | FIRST DAY |
| SR 708-540 | FIRST DAY (AMBIENT) |
| SR 713-277 | FLOOD |
| SR 713-752 | FLOOD (AMBIENT) |
| SR 708-477 | FRIENDS OF FRIENDS |
| SR 708-463 | FRIENDS OF FRIENDS (AMBIENT) |
| SR 713-276 | FRONTIER MELT |
| SR 708-511 | GLOW |
| SR 708-491 | HEAVY EYES IGNITE |
| SR 708-473 | HEAVY EYES IGNITE (AMBIENT) |
| SR 713-283 | INTERMISSION |
| SR 713-290 | INTRO |
| SR 713-756 | LANDING (AMBIENT) |
| SR 708-547 | LANDING |
| SR 713-321 | LIGHTS DIM (AMBIENT) |
| SR 713-284 | LIGHTS DIM |

| | |
|---|---|
| SR 713-763 | A LONG GOODBYE |
| SR 713-217 | LONG MARCH |
| SR 713-755 | NEAR EAST (AMBIENT) |
| SR 713-764 | NEAR EAST |
| SR 713-234 | OIL AND WATER |
| SR 713-743 | OIL AND WATER (AMBIENT) |
| SR 708-475 | ORACLE |
| SR 708-467 | ORACLE (AMBIENT) |
| SR 713-286 | OUR HEARTS ARE READ |
| SR 713-228 | PALESTINE |
| SR 708-493 | PAR AVION |
| SR 708-470 | PAR AVION (AMBIENT) |
| SR 713-220 | PETERSON |
| SR 713-227 | RAIDED BY WAVES |
| SR 713-235 | RED LETTER |
| SR 713-746 | RED LETTER (AMBIENT) |
| SR 713-307 | RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT) |
| SR 708-503 | RUDIMENTS OF A SPIRITUAL LIFE |
| SR 708-461 | SANDS |
| SR 708-548 | SCHIPOL |
| SR 713-241 | SECOND SIGHT |
| SR 713-749 | SECOND SIGHT (AMBIENT) |
| SR 713-218 | SEPARATE BUT EQUAL |
| SR 713-233 | SHADOWS |
| SR 713-740 | SHADOWS (AMBIENT) |
| SR 713-308 | SIGNALING THROUGH THE FLAMES (AMBIENT) |
| SR 708-500 | SIGNALING THROUGH THE FLAMES |
| SR 713-318 | SIGNALING THROUGH THE FLAMES (FILM EDIT) |
| SR 713-279 | THE SLOW WAIT (PART ONE) |
| SR 713-280 | THE SLOW WAIT (PART TWO) |
| SR 713-311 | THE SLOW WAIT (PART ONE) (AMBIENT) |
| SR 713-313 | THE SLOW WAIT (PART TWO) (AMBIENT) |
| SR 708-508 | SOMNAMBULANCE |
| SR 713-297 | STARSCAPES (AMBIENT) |
| SR 713-289 | STARSCAPES |
| SR 708-541 | STEELTOWN (AMBIENT) |

| SR 708-536 | STEELTOWN (PART ONE) |
|---|---|
| SR 708-488 | STEELTOWN (PART TWO) |
| SR 708-487 | STRINGS |
| SR 708-472 | STRINGS (AMBIENT) |
| SR 713-225 | SUMMER OF WAR |
| SR 713-223 | SUPERNOVA LANDSLIDE |
| SR 713-222 | THE SWAMP |
| SR 708-501 | THE TECHNICOLOUR SLEEP |
| SR 713-221 | THOMPSON |
| SR 713-315 | TIME (AMBIENT) |
| SR 713-225 | TIME |
| SR 713-319 | TIME (FILM EDIT) |
| SR 708-499 | TONIGHT, LET'S ALL MAKE LOVE IN LONDON |
| SR 713-316 | TRANSCENDENCE (AMBIENT) |
| SR 713-285 | TRANSCENDENCE |
| SR 708-514 | TWELVE DAYS AWAKE |
| SR 708-457 | UNDERGROUND |
| SR 708-478 | URBANA |
| SR 708-464 | URBANA (AMBIENT) |
| SR 708-513 | WAR ON CHRISTMAS |
| SR 713-305 | WE'RE HITTING EVERYTHING (AMBIENT) |
| SR 713-288 | WE'RE HITTING EVERYTHING |
| SR 713-759 | WHERE WE ARE (AMBIENT) |
| SR 708-549 | WHERE WE ARE |
| SR0000893216 | MIRROR VOYAGE |
| SR0000886380 | COSMIC WAVE |
| SR0000888981 | LOFI DIMENSIONS 2 |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Works;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Works;

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

All authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind are hereby transferred to the Company.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works that the Owner makes under this Agreement or any other agreement between Owner and the Company.

IN WITNESS THEREOF, Owner duly executes this Agreement.

By:_____
John Keith Emanuele on behalf of Owner

_____8/30/21_____
Date

STATE OF NEW YORK        )
                                          ) SS.:
COUNTY OF ___Queens___)

Before me on this 30 day of ____August____, 2021, personally appeared John Keith Emanuele, to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that he executed the same of his own free will for the purpose therein express.

_____
NOTARY PUBLIC



# COPYRIGHT ASSIGNMENT

Owner: Charming Beats LLC

Address: 2812 Hickory Ridge Drive, Lakeland, FL 33813

FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Owner hereby transfers and assigns to Poseidon Wave Media LLC (hereafter "Company"), located at 30 N Gould St. Ste R, Sheridan, WY 82801 and to Company's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the entire copyright to the below works (hereafter, "the Works");

      A LONG GOODBYE – SELF-TITLED ALBUM BONUS TRACK
      A MEMORY STREAM
      AMBIENT ONE
      AMBIENT TWO
      AMBIENT THREE
      ATLAS
      AWAKE IN THE CITY
      BSIDES
      FROM THE INLAND SEA
      LIVE IN BROOKLYN
      NEAR EAST – ATLAS BONUS TRACK
      THE AMERICAN DOLLAR
      THE TECHNICOLOUR SLEEP
      4 BC
      CHILL KINGDOM
      WUDAO
      LOST SYMPHONY
      HIGH SUNSET
      LOOKING UP, WE DANCED
      GUIDED BY THE GLOWING SEA
      CAROUSEL
      PATH OF TOTALITY
      THUNDER RISING
      A SERIOUS QUESTION
      A MOMENT BETWEEN US
      EVERYTHING
      UP
      ACROBATS
      DISTANCE TO GIBRALTAR
      DREAMSCAPE
      EYES CLOSING
      FALLS
      GHOSTS
      MIND DRIFTING
      MOSAIC

NEIGHBORHOOD
PARAGON
PAUSE
SEA OF ROSES
UNDER A WARM RAIN, ET AL. (LOFI DIMENSIONS)
VONDELPARK (NOON)
VONDELPARK (NIGHT)
WAKE UP SUMMER
AGE OF WONDER
AGE OF WONDER (AMBIENT)
ANYTHING YOU SYNTHESIZE (AMBIENT)
ANYTHING YOU SYNTHESIZE
AS WE FLOAT
AS WE FLOAT (AMBIENT)
BUMP (AMBIENT)
BUMP
CALL
CAMBIAN
CHASE
CHILLPOINT BREAK
CIRCUITS
CIRCUITS (AMBIENT)
CLONES
CROSSING ASIA
CROSSING ASIA (AMBIENT)
DAYTRIP
DEA (AMBIENT)
DEA
EQUINOX
EQUINOX (AMBIENT)
ESCAPIST
ETHER CHANNELS
ETHER CHANNELS (AMBIENT)
EVERYONE GETS SHOT
FACES IN THE HAZE
FACES IN THE HAZE (AMBIENT)
FACES IN THE HAZE (FILM EDIT)
FADE IN OUT
FADE IN OUT (AMBIENT)
FAR ADRIFT
A FEW WORDS
A FEW WORDS (AMBIENT)
FIRST DAY
FIRST DAY (AMBIENT)
FLOOD
FLOOD (AMBIENT)

FRIENDS OF FRIENDS
FRIENDS OF FRIENDS (AMBIENT)
FRONTIER MELT
GLOW
HEAVY EYES IGNITE
HEAVY EYES IGNITE (AMBIENT)
INTERMISSION
INTRO
LANDING (AMBIENT)
LANDING
LIGHTS DIM (AMBIENT)
LIGHTS DIM
A LONG GOODBYE
LONG MARCH
NEAR EAST (AMBIENT)
NEAR EAST
OIL AND WATER
OIL AND WATER (AMBIENT)
ORACLE
ORACLE (AMBIENT)
OUR HEARTS ARE READ
PALESTINE
PAR AVION
PAR AVION (AMBIENT)
PETERSON
RAIDED BY WAVES
RED LETTER
RED LETTER (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT)
RUDIMENTS OF A SPIRITUAL LIFE
SANDS
SCHIPOL
SECOND SIGHT
SECOND SIGHT (AMBIENT)
SEPARATE BUT EQUAL
SHADOWS
SHADOWS (AMBIENT)
SIGNALING THROUGH THE FLAMES (AMBIENT)
SIGNALING THROUGH THE FLAMES
SIGNALING THROUGH THE FLAMES (FILM EDIT)
THE SLOW WAIT (PART ONE)
THE SLOW WAIT (PART TWO)
THE SLOW WAIT (PART ONE) (AMBIENT)
THE SLOW WAIT (PART TWO) (AMBIENT)
SOMNAMBULANCE
STARSCAPES (AMBIENT)

STARSCAPES
STEELTOWN (AMBIENT)
STEELTOWN (PART ONE)
STEELTOWN (PART TWO)
STRINGS
STRINGS (AMBIENT)
SUMMER OF WAR
SUPERNOVA LANDSLIDE
THE SWAMP
THE TECHNICOLOUR SLEEP
THOMPSON
TIME (AMBIENT)
TIME
TIME (FILM EDIT)
TONIGHT, LET'S ALL MAKE LOVE IN LONDON
TRANSCENDENCE (AMBIENT)
TRANSCENDENCE
TWELVE DAYS AWAKE
UNDERGROUND
URBANA
URBANA (AMBIENT)
WAR ON CHRISTMAS
WE'RE HITTING EVERYTHING (AMBIENT)
WE'RE HITTING EVERYTHING
WHERE WE ARE (AMBIENT)
WHERE WE ARE
MIRROR VOYAGE
PURPLE HEAT
COSMIC WAVE
LOFI DIMENSIONS 2
LOFI DIMENSIONS 3
LOFI DIMENSIONS 3: AMBIENT REWORKS
DANCING ON FIRE - THE AMERICAN DOLLAR REWORK
HAPPY HOME EP
SWIM
SLAVIC SUNRISE
FAREWELL
FRIENDS IN DREAMS
BLAZE
RIGHT THIS WAY

2. the Owner's interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Works;

| COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
|---|---|
| PAu 3-452-712 | A MEMORY STREAM |
| SR 677-648 | AMBIENT ONE |
| SR 679-263 | AMBIENT TWO |
| SRu 1-084-375 | AMBIENT THREE |
| SR 677-194 | ATLAS |
| SR 677-647 | FROM THE INLAND SEA |
| SR 677-646 | LIVE IN BROOKLYN |
| PA 1-306-744 | THE AMERICAN DOLLAR |
| PA 1-346-426 | THE TECHNICOLOUR SLEEP |
| SRu 1-278-417 | 4 BC |
| SR 795-327 | CHILL KINGDOM |
| SR 796-458 | WUDAO |
| SR 798-499 | LOST SYMPHONY |
| SR 801-234 | HIGH SUNSET |
| SR 803-421 | LOOKING UP, WE DANCED |
| SR 804-344 | GUIDED BY THE GLOWING SEA |
| SR 806-312 | CAROUSEL |
| SR 808-109 | PATH OF TOTALITY |
| SR 808-786 | THUNDER RISING |
| SR 809-389 | A SERIOUS QUESTION |
| SR 810-547 | A MOMENT BETWEEN US |
| SR 811-469 | EVERYTHING |
| SR 813-285 | UP |
| SRu 1232326 | ACROBATS |
| SRu 1232320 | DISTANCE TO GIBRALTAR |
| SR 848018 | DREAMSCAPE |
| SR 848013 | EYES CLOSING |
| SRu 1232318 | FALLS |
| SRu 1232312 | GHOSTS |
| SR 848014 | MIND DRIFTING |
| SRu 1232321 | MOSAIC |
| SRu 1232324 | NEIGHBORHOOD |
| SRu 1232323 | PARAGON |
| SRu 1232311 | PAUSE |
| SRu 1417220 | SEA OF ROSES |
| SR 870953 | UNDER A WARM RAIN, ET AL. |
| SRu 1232329 | VONDELPARK (NOON) |
| SRu 1232331 | VONDELPARK (NIGHT) |
| SRu 1232314 | WAKE UP SUMMER |

| | |
|---|---|
| SR 713-231 | AGE OF WONDER |
| SR 713-737 | AGE OF WONDER (AMBIENT) |
| SR 713-314 | ANYTHING YOU SYNTHESIZE (AMBIENT) |
| SR 713-287 | ANYTHING YOU SYNTHESIZE |
| SR 708-480 | AS WE FLOAT |
| SR 708-466 | AS WE FLOAT (AMBIENT) |
| SR 713-301 | BUMP (AMBIENT) |
| SR 713-282 | BUMP |
| SR 713-281 | CALL |
| SR 708-510 | CAMBIAN |
| SR 713-291 | CHASE |
| SR 708-528 | CHILLPOINT BREAK |
| SR 713-237 | CIRCUITS |
| SR 713-745 | CIRCUITS (AMBIENT) |
| SR 713-238 | CLONES |
| SR 708-486 | CROSSING ASIA |
| SR 708-465 | CROSSING ASIA (AMBIENT) |
| SR 708-497 | DAYTRIP |
| SR 713-303 | DEA (AMBIENT) |
| SR 713-226 | DEA |
| SR 713-239 | EQUINOX |
| SR 713-747 | EQUINOX (AMBIENT) |
| SR 713-278 | ESCAPIST |
| SR 708-489 | ETHER CHANNELS |
| SR 708-538 | ETHER CHANNELS (AMBIENT) |
| SR 708-504 | EVERYONE GETS SHOT |
| SR 708-492 | FACES IN THE HAZE |
| SR 708-494 | FACES IN THE HAZE (AMBIENT) |
| SR 708-458 | FACES IN THE HAZE (FILM EDIT) |
| SR 713-232 | FADE IN OUT |
| SR 713-739 | FADE IN OUT (AMBIENT) |
| SR 708-460 | FAR ADRIFT |
| SR 713-230 | A FEW WORDS |
| SR 713-735 | A FEW WORDS (AMBIENT) |
| SR 708-490 | FIRST DAY |
| SR 708-540 | FIRST DAY (AMBIENT) |
| SR 713-277 | FLOOD |
| SR 713-752 | FLOOD (AMBIENT) |
| SR 708-477 | FRIENDS OF FRIENDS |

| | |
|---|---|
| SR 708-463 | FRIENDS OF FRIENDS (AMBIENT) |
| SR 713-276 | FRONTIER MELT |
| SR 708-511 | GLOW |
| SR 708-491 | HEAVY EYES IGNITE |
| SR 708-473 | HEAVY EYES IGNITE (AMBIENT) |
| SR 713-283 | INTERMISSION |
| SR 713-290 | INTRO |
| SR 713-756 | LANDING (AMBIENT) |
| SR 708-547 | LANDING |
| SR 713-321 | LIGHTS DIM (AMBIENT) |
| SR 713-284 | LIGHTS DIM |
| SR 713-763 | A LONG GOODBYE |
| SR 713-217 | LONG MARCH |
| SR 713-755 | NEAR EAST (AMBIENT) |
| SR 713-764 | NEAR EAST |
| SR 713-234 | OIL AND WATER |
| SR 713-743 | OIL AND WATER (AMBIENT) |
| SR 708-475 | ORACLE |
| SR 708-467 | ORACLE (AMBIENT) |
| SR 713-286 | OUR HEARTS ARE READ |
| SR 713-228 | PALESTINE |
| SR 708-493 | PAR AVION |
| SR 708-470 | PAR AVION (AMBIENT) |
| SR 713-220 | PETERSON |
| SR 713-227 | RAIDED BY WAVES |
| SR 713-235 | RED LETTER |
| SR 713-746 | RED LETTER (AMBIENT) |
| SR 713-307 | RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT) |
| SR 708-503 | RUDIMENTS OF A SPIRITUAL LIFE |
| SR 708-461 | SANDS |
| SR 708-548 | SCHIPOL |
| SR 713-241 | SECOND SIGHT |
| SR 713-749 | SECOND SIGHT (AMBIENT) |
| SR 713-218 | SEPARATE BUT EQUAL |
| SR 713-233 | SHADOWS |
| SR 713-740 | SHADOWS (AMBIENT) |
| SR 713-308 | SIGNALING THROUGH THE FLAMES (AMBIENT) |
| SR 708-500 | SIGNALING THROUGH THE FLAMES |

| | |
|---|---|
| SR 713-318 | SIGNALING THROUGH THE FLAMES (FILM EDIT) |
| SR 713-279 | THE SLOW WAIT (PART ONE) |
| SR 713-280 | THE SLOW WAIT (PART TWO) |
| SR 713-311 | THE SLOW WAIT (PART ONE) (AMBIENT) |
| SR 713-313 | THE SLOW WAIT (PART TWO) (AMBIENT) |
| SR 708-508 | SOMNAMBULANCE |
| SR 713-297 | STARSCAPES (AMBIENT) |
| SR 713-289 | STARSCAPES |
| SR 708-541 | STEELTOWN (AMBIENT) |
| SR 708-536 | STEELTOWN (PART ONE) |
| SR 708-488 | STEELTOWN (PART TWO) |
| SR 708-487 | STRINGS |
| SR 708-472 | STRINGS (AMBIENT) |
| SR 713-225 | SUMMER OF WAR |
| SR 713-223 | SUPERNOVA LANDSLIDE |
| SR 713-222 | THE SWAMP |
| SR 708-501 | THE TECHNICOLOUR SLEEP |
| SR 713-221 | THOMPSON |
| SR 713-315 | TIME (AMBIENT) |
| SR 713-225 | TIME |
| SR 713-319 | TIME (FILM EDIT) |
| SR 708-499 | TONIGHT, LET'S ALL MAKE LOVE IN LONDON |
| SR 713-316 | TRANSCENDENCE (AMBIENT) |
| SR 713-285 | TRANSCENDENCE |
| SR 708-514 | TWELVE DAYS AWAKE |
| SR 708-457 | UNDERGROUND |
| SR 708-478 | URBANA |
| SR 708-464 | URBANA (AMBIENT) |
| SR 708-513 | WAR ON CHRISTMAS |
| SR 713-305 | WE'RE HITTING EVERYTHING (AMBIENT) |
| SR 713-288 | WE'RE HITTING EVERYTHING |
| SR 713-759 | WHERE WE ARE (AMBIENT) |
| SR 708-549 | WHERE WE ARE |
| SR0000893216 | MIRROR VOYAGE |
| SR0000905627 | PURPLE HEAT |

| | |
|---|---|
| SR0000886380 | COSMIC WAVE |
| SR0000888981 | LOFI DIMENSIONS 2 |
| SR0000936934 | LOFI DIMENSIONS 3 |
| SR0000966637 | HAPPY HOME EP |
| SR0000908849 | SLAVIC SUNRISE |
| SR0000915905 | FAREWELL |
| SR0000912598 | FRIENDS IN DREAMS |
| SR0000905979 | BLAZE |
| SR0000916146 | RIGHT THIS WAY |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Works;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Works;

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

All authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind are hereby transferred to the Company.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works that the Owner makes under this Agreement or any other agreement between Owner and the Company.

IN WITNESS THEREOF, Owner duly executes this Agreement.

By: _____
Richard Cupolo on behalf of Owner

3/26/24
_____
Date

STATE OF FLORIDA )
) SS.:
COUNTY OF _Polk_ )

Before me on this _26_ day of _March_, 20_24_, personally appeared Richard Cupolo, to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that he executed the same of his own free will for the purpose therein express.

_____
NOTARY PUBLIC

Notary Public State of Florida
Ivelisse Gonzalez
My Commission
HH 199363
Exp.11/16/2025