# Exhibit 6

 Outlook

## Poseidon Wave Media v. Berean Assembly of God

**From** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Date** Thu 4/23/2026 11:33 AM
**To** info@bereanag.org <info@bereanag.org>
**Bcc** rich cupolo <rcupolo2@gmail.com>

📎 3 attachments (530 KB)
Berean FINAL Notice of Litigation.pdf; Draft Berean Complaint.pdf; Berean Notice of Litigation.pdf;

Mr. Lloyd:

Final notice of litigation attached. Also sent by certified mail. The attached complaint will be filed next week.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

**GF**

**GARBARINI FITZGERALD** P.C.
*250 Park Avenue*
*7th Floor*
*New York, New York 10177*
*Phone: 212.300.5358*
*Fax: 888.265.7054*
*www.garbarinilaw.com*

April 23, 2026

**NOTICE OF LITIGATION**
**DEMAND TO CEASE AND DESIST**
**DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To*:* <info@bereanag.org>
And CERTIFIED MAIL

Monte Lloyd
President
Berean Assembly of God
147 75th St.
Springfield, OR 97478

  Re:  Poseidon Wave Media LLC. adv. Berean Assembly of God ("BEREAN")

Mr. Loyd:

  This is the fourth, and final, attempt to resolve this matter pre-litigation. I am aware of the fact that Berean has received my prior demands, because disabled the infringing videos below after the third demand to cease-and-desist. Berean must account for its infringing conduct which has substantially damaged my client and its copyrighted recordings and compositions titled: (i) "Faces in the Haze (Ambient)" – U.S. Copyright Registration No. SR 708-494; (ii) "Bump" – U.S. Copyright Registration No. SR 713-282; (iii) "Anything You Synthesize)" – U.S. Copyright Registration No. SR 713-287; (iv) "Oracle" – U.S. Copyright Registration No. SR 708-475; and (v) "First Day" – U.S. Copyright Registration No. SR 708-490 (the "Copyrighted Tracks").

  BEREAN created at least ten videos with an unlicensed, synchronized, reproduction of one or more of the Copyrighted Track (the "Infringing Videos"). See below:

| Title | URL | Copyrighted Track | Time Stamp |
|-------|-----|-------------------|------------|
|       |     |                   |            |

| The Wonder of Hope - Live Stream 11/27/2022 | www.youtube.com/watch?v=tOtbPOb2wj8 | Faces in the Haze (Ambient)<br><br>Bump | 25:40<br><br>26:15 |
|---|---|---|---|
| The Wonder of peace - Live Stream 12/4/2022 | www.youtube.com/watch?v=LA8NbCnIc1A | Faces in the Haze (Ambient)<br><br>Bump | 27:15<br><br>27:57 |
| The Wonder of Joy - Live Stream 12/11/2022 | www.youtube.com/watch?v=3OEL187Rg5o | Faces in the Haze (Ambient)<br><br>Bump | 31:13<br><br>33:02 |
| Neighborhoods & Nations Convention - Live Stream 11/13/2022 | www.youtube.com/watch?v=AA9_K3y4BIM | Faces in the Haze (Ambient)<br><br>Anything You Synthesize | 33:39<br><br>36:55 |
| Take Courage part 1- Live Stream 3/5/2023 | www.youtube.com/watch?v=1jpOUktH69o | Oracle | 31:07 |
| Pray This Way 4 - Sin-Debt - Live Stream 11/6/2022 | www.youtube.com/watch?v=2wwV38GuO3A | First Day | 40:55 |
| Fall Family Fun Fest at Berean - Sunday, | www.youtube.com/watch?v=1hGL-JNmnqE | First Day | Start |

| October 30 at 4-6 PM | | | |
|---|---|---|---|
| Fall Family Fun Fest - Volunteers Needed | www.youtube.com/watch?v=LoygEsZD_nk | First Day | Start |
| Fall Family Fun Fest Details | www.youtube.com/watch?v=YXPai38CvMs | First Day | Start |
| Family Sunday – Guest Illusionist: Scott Wolff – Live Stream 10/30/2022 | https://www.youtube.com/watch?v=R9LNJLGPRfA | First Day | Start |

     If BEREAN is interested in a resolution, kindly contact me at rgarbarini@garbarinilaw.com or at 212.300.5358 by April 30, 2026.  The next step is Berean will be served with the filed complaint if it continues to ignore my demands.

GARBARINI FITZGERALD P.C.

By:_____

Richard M. Garbarini

See attached prior demands.