Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
598 Fifth Avenue, Suite 805
New York, NY 10036
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

POSEIDON WAVE MEDIA LLC,                          Case No.: 26-cv-2835 (BMC)

                        Plaintiff,            **NOTICE OF ADDRESS CHANGE**

        v.

BEREAN ASSEMBLY OF GOD,

                        Defendant.

-------------------------------------------------------------------x

        TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES pursuant to Local

Rule 1.3(l) of this Court, please take notice of the following address change for: Richard

Garbarini

The new address for:  GARBARINI FITZGERALD P.C.
                      598 Fifth Avenue, Suite 805
                      New York, NY 10036

All other information will remain the same.

Dated: July 14, 2015
New York, New York                    GARBARINI FITZGERALD P.C.

                                      By: _Richard M. Garbarini_____
                                          Richard M. Garbarini (RG 5496)
                                          *Attorneys for Plaintiff*