**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

POSEIDON WAVE MEDIA LLC,
          Plaintiff,
    v.

BEREAN ASSEMBLY OF GOD,
          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:26-cv-02835-BMC

## NOTICE OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

*Oral Argument Requested*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, defendant Berean Assembly of God will move this Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6) dismissing the Amended Complaint (Dkt. No. 25) in its entirety, together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, defendant relies upon the accompanying Memorandum of Law, and that opposition and reply papers, if any, shall be served and filed on the schedule set by the Court.

Dated: July 14, 2026

/s/ Jesse L. London

Jesse L. London
Of Attorneys for Defendant, Berean
London & Paris, LLP
Mail: 1711 Willamette St., Ste 301 PMB 733
Office:  200 E 11th Ave, Ste 260
Eugene, OR 97401
(503) 877-3107

jesse@londonparislaw.com