## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

POSEIDON WAVE MEDIA LLC,
           Plaintiff,

    v.                                 No. 1:26-cv-02835-BMC

BEREAN ASSEMBLY OF GOD,
           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DECLARATION OF JACKIE McDANIEL IN SUPPORT OF
### DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Jackie McDaniel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Treasurer of defendant Berean Assembly of God ("Berean"). I submit this declaration in support of Berean's motion to dismiss the Amended Complaint. Except where stated on information and belief, I have personal knowledge of the matters set forth below, based on my role with Berean and my familiarity with its operations and records.

2. Berean is a faith-based, non-profit church. Its only location is in Springfield, Oregon. Berean has no office, employee, property, or bank account in New York, and it does not conduct any activities in New York.

3. Berean does not operate for profit and does not generate business revenue.

4. Berean's financial support consists of donations. Its donors are members of the church, who are located in Oregon. The church comprises approximately sixty (60) to a maximum of eighty (80) members at any time.

5. I am not aware of more than one or two donations to Berean from outside Oregon. Any such donation came from, or through, a person connected to an Oregon member of the

church, such as a member who had moved out of state to Idaho or another state bordering Oregon. Berean has not received any donation from New York.

6. The videos identified in the Amended Complaint are recordings of Berean's live worship services which were posted only for the purpose of allowing its members to worship remotely, beginning during the COVID-19 pandemic.

7. Berean receives no grants of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2026, at Springfield, Oregon.

_____
Jackie McDaniel
Board Secretary, Berean Assembly of God
