Exhibit 2



≡ YouTube ES

Search

Sign in



2:04

0:04 / 1:42:05

**The Wonder of peace - Live Stream 12/4/2022**

Berean AG
62 subscribers

Subscribe

1     Share     Save

19 views  Streamed live on Dec 4, 2022

The Prince of Peace has promised us a provision and protection of peace in our won lives that has the power to overflow in the lives of all who we come into contact with.

## Music
2 songs

Faces In The Haze (Ambient)
The American Dollar

Bump (Ambient)
The American Dollar
Ambient One

♪ Music

## Transcript
Follow along using the transcript.

Show transcript

Berean AG
62 subscribers

▶ Videos     About     f Berean on Facerbook

Show less

Live chat replay
See what others said about this video while it was live.     Open panel

0 Comments     ⇅ Sort by

Add a comment...

Show chat replay


Chris Tomlin at Bethel Music's WorshipU On Campus 2019 | ...
WorshipU by Bethel Music
2.6M views · Streamed 6 years ago
1:03:21


The Wonder of Joy  - Live Stream 12/11/2022
Berean AG
29 views · Streamed 2 years ago
1:27:11


Relaxing Jazz for Autumn 🔥 Autumn Fireplace Ambience ...
Cozy Fireplace Ambience
663K views · 1 month ago
1:59:47


Top 40 Songs This Week 2025 💎Best Weekly Hits | Bruno ...
Music Forever
3.2M views · 5 months ago
1:16:28


October Month Blessings Prayer That Will Change Your Life
God's Word Today
10K views · 1 day ago
New
1:07:27


World's Fastest Car Vs Cheetah!
MrBeast ✓
171M views · 2 months ago
20:37


MUTANT BODY - NICK WALKER FULL DAY OF EATING - MR ...
RAIDEN 4 MOTIVATION
71K views · 1 day ago
New
8:37


The World's Highest Security Prison: CECOT (The most evil ...
Ruhi Çenet ✓
138M views · 7 months ago
20:52


Living To Be Spent | Jentezen Franklin
Jentezen Franklin ✓
1.8M views · Streamed 2 weeks ago
35:18


🐎🙏 Country Gospel Autumn Live 🍂 | Thankful Hearts, ...
Country
615 watching


🔴 Live – Book of Psalms 💛 | Peaceful Scripture Reading & ...
Thronely
434 watching


Elon Musk's Speech Will Leave You SPEECHLESS | One of the ...
Outcast Motivation
2.4M views · 3 years ago
12:46


Trust God's Timing – The Door to Your Breakthrough Is ...
Faith Hope
461 views · 11 hours ago
New
2:25:46


Amazing Process of Crafting Guitar Like Never Seen
Mr. Taghavi
223K views · 2 weeks ago
46:12


This is how gang members survive in the world's strictest ...
JDalmau
13M views · 6 months ago
🎙 Auto-dubbed
53:01


Would You Risk Dying For $500,000?
MrBeast ✓
63M views · 5 days ago
New
25:26


Deadly Pakistani Truck Accident |Pakistani Mechanic's Magic ...
Random Expertise
236K views · 1 month ago
48:34


Macron sauve le monde (ou pas), Lecornu apparait, Hidalg...
Le Monde Moderne ✓
5K watching


RONNIE COLEMAN - SHOULDER WORKOUT - COST OF ...
Mocvideo Productions
191K views · 1 year ago
34:37


سبايدر مان اصعب دراجة نارية فوق اسماك القرش - Superheroes Ride on ...
hamad alketbi
773K views · 3 days ago
New
17:23


Start Your Day with the Holy ...
Vlad Savchuk ✓
5.7M views · 1 year ago
47:39


Smooth Jazz & Soulful R&B Instrumental – Chill Backgrou...
Jazzy Soul Music ✓
1.2M views · 2 months ago
2:08:10


4 Hours Chopin for Studying, Concentration & Relaxation
Classical Universe
775K views · 3 months ago
3:32:44


🎵 Este canto transforma la atmósfera | Invita al Espíritu ...
La fe que trae sanidad
313 watching


Frequency 999Hz Opens All 7 Chakras, Whole Body Energy ...
Chakra Healing Frequencies
3.2M views · 2 months ago
2:20:50


Shutdown Eve | Hegseth To America's Enemies: FAFO | ...
The Late Show with Stephen Colbert



# The Wonder of Hope - Live Stream 11/27/2022

Berean AG
62 subscribers

**Subscribe**    👍 0  👎  ⤴ Share  💾 Save  •••

41 views  Streamed live on Nov 27, 2022
Advent Series 2022

## Music
4 songs



**Faces In The Haze (Ambient)**
The American Dollar

**Bump (Ambient)**
The American Dollar
Ambient One

**O Holy Night**
Mariah Carey
Merry Christmas II You

**White Christmas - Instrumental**
Lauren Daigle
Behold

🎵 Music

Berean AG
62 subscribers

▶ Videos    👤 About    f Berean on Facebook

Show less

**Live chat replay**
See what others said about this video while it was live.    Open panel

0 Comments    ⇅ Sort by

Add a comment...

---

Show chat replay

**The Wonder of peace  - Live Stream 12/4/2022**
Berean AG
19 views • Streamed 2 years ago


**Morning Prayer and Worship to Start Your Day with the Holy …**
Vlad Savchuk ✓
5.7M views • 1 year ago


**Chris Tomlin at Bethel Music's WorshipU On Campus 2019 | …**
WorshipU by Bethel Music
2.6M views • Streamed 6 years ago


**Frequency 999Hz Opens All 7 Chakras, Whole Body Energy …**
Chakra Healing Frequencies
3.2M views • 2 months ago


**Louvores De Adoração As Melhores Músicas Gospel 202…**
Louvor ao Altíssimo
2.7K watching


**Blackmail, Bribes, and Fear: Netanyahu Claims He Controls…**
Tucker Carlson ✓
962K views • Streamed 1 day ago
New


**4 Hours Chopin for Studying, Concentration & Relaxation**
HALIDONMUSIC ✓
19M views • 4 years ago
Fundraiser


**Autumn Stream - Peaceful Forest River in Fall Foliage - …**
TheSilentWatcher ✓
5.9K watching
🔴 LIVE


**Voddie Baucham: Do Not Love the World**
Ligonier Ministries ✓
2.3M views • 2 years ago


**A cél a megfélelmítés. NE FÉLJETEK!**
Juhász Péter | Juhi ✓
9.1K views • 51 minutes ago
New


**Who Is The Holy Spirit - May 24, 2020**
Berean AG
94 views • 5 years ago


**4 Hours Chopin for Studying, Concentration & Relaxation**
Classical Universe
775K views • 3 months ago


**Louvores de Gratidão 2025 - As Melhores Hinos Evangélicos …**
Eliane Fernandes - Mensagens de Fé
2.1K watching
🔴 LIVE


**Calming Meditation | 1 hour handpan music | Malte Marten**
Malte Marten ✓
25M views • 2 years ago


**Cozy Autumn Porch Night & Smooth Jazz Piano 🍂 Warm …**
Enchanted Melody Jazz
3.2K watching
🔴 LIVE


**Shutdown Eve | Hegseth To America's Enemies: FAFO | …**
The Late Show with Stephen Colbert ✓
3.8M views • 2 days ago
New


**1 Year Alone Building a Log Cabin In The Forest With My …**
Bjorn Brenton ✓
1.6M views • 6 months ago


**The Best of Debussy / Classical Piano Music**
Classical Music Collection ✓
1.4M views • 1 year ago


**WISDOM AND WONDER | Growing Through Storms | …**
2819 Church
2.1M views • Streamed 1 year ago


**MÚSICA INSTRUMENTAL 1950s 🎵🎶 RELÁJATE CON LAS …**
Clásicos Eternos
859 watching
🔴 LIVE


**OBEDIENT TO GOD WILL …**
TPUSA Faith
552K views • 1 year ago


**This Is a Spiritual War | Charlie Kirk**
Jordan B Peterson Clips ✓
317K views • 6 days ago
New


**Over 50? 6 Movements Japanese Elders Do Every Day …**
Senior Wellness
1.7M views • 3 weeks ago


**Sunday Live Stream**
Berean AG
37 views • Streamed 9 months ago


**Brad Pitt Confesses She Was the Love of His Life**
Top Expedition
53K views • 2 months ago


**Ex-OpenAI Scientist WARNS: "You Have No Idea What's …**
AI Upload







0:03 / 1:55:05

**Pray This Way 4 - Sin-Debt - Live Stream 11/6/2022**

Berean AG
62 subscribers

Subscribe

0

Share    Save

37 views  Streamed live on Nov 6, 2022

SYNOPSIS: The Lord's Prayer, Jesus model prayer for us, has very practical applications for us.  The Matthew 6:12 portion of this prayer helps us deal with the burden of offense while also emphasizing our freedom from the guilt, burden and bondage to sin. These are good things to recite daily so that we are ready everyday to forgive and receive forgiveness.

## Music

2 songs

**Summer Evening**
AShamaluevMusic
Summer Vibes

**First Day**
The American Dollar
Awake in the City

Music

## Transcript

Follow along using the transcript.

Show transcript

Berean AG
62 subscribers

Videos    About    Berean on Facerbook

Show less

Live chat replay

See what others said about this video while it was live.    Open panel

0 Comments    Sort by

Add a comment...

---

Show chat replay

Las tres noticias de Carlos Alsina para empezar el día: ...
Onda Cero
50K views • 1 day ago
New

Sunday Live Stream
Palms Church
67 views • Streamed 4 days ago
New

Neighborhoods & Nations Convention - Live Stream ...
Berean AG
23 views • Streamed 2 years ago

Charlie Kirk Brings Black Student To TEARS In "White-...
Dumsybrown
5.2M views • 5 months ago

4 Hours Chopin for Studying, Concentration & Relaxation
Classical Universe
775K views • 3 months ago

Carlos Alcaraz's 2025 Shots That Shocked the Tennis World!
Tennis Focus
50K views • 1 day ago
New

This is What Your Children Become When You Send Them...
Charlie Kirk
5.2M views • 11 months ago

4K Beautiful Relaxing Music 🍁 Enchanting Autumn Nature ...
Tranquil Piano Landscapes
413K views • 1 month ago

Would You Risk Dying For $500,000?
MrBeast
63M views • 5 days ago
New

MUSICA CRISTIANA QUE REFRESCAN EL CORAZON Y E...
Música Cristianas
1.3K watching

Morning Prayer and Worship to Start Your Day with the Holy ...
Vlad Savchuk
5.7M views • 1 year ago

The World's Highest Security Prison: CECOT (The most evil ...
Ruhi Çenet
138M views • 7 months ago

Charlie Kirk VS the Wokies at University of Tennessee
Charlie Kirk
1.9M views • 1 month ago

Who Is The Holy Spirit - May 24, 2020
Berean AG
94 views • 5 years ago

(No Ads) Sleep Instantly Tonight • Healing Music for ...
Calm Sleep
890 watching

Cozy Autumn Porch Night & Smooth Jazz Piano 🍂 Warm ...
Enchanted Melody Jazz
3.2K watching

🔴Inicia Tu Devocional Junto a Marco Barrientos 📖
Heaven Music Label
481 watching

Autumn Stream - Peaceful Forest River in Fall Foliage - ...
TheSilentWatcher
5.8K watching

Trust God's Timing – The Door to Your Breakthrough Is ...
Faith Hope
469 views • 11 hours ago
New

How to Talk to ANYONE (Once You Know Their Color!)
Vinh Giang
1.5M views • 2 weeks ago

Cozy Cabin🔥 Gentle Jazz & F...
Loid Jazz Melody
12K views • Streamed 1 day ago
New

Holy Forever / How Great Is Our God - Chris Tomlin | Charlie Kir...
True Worship Network
1.2M views • 10 days ago

🔴 Live – Book of Psalms 💛 | Peaceful Scripture Reading & ...
Thronely
427 watching

Billion dollar behaviours – Rory Sutherland
Nudgestock
267K views • 2 years ago

Trump Distracts from Epstein Files with Escalator Drama an...
Jimmy Kimmel Live
5.2M views • 7 days ago

What if the Bloodsucker Tick gets into the antlion's lair?
Alex Bovko



**Family Sunday - Guest Illusionist: Scott Wolf - Live Stream 10/30/2022**

Berean AG
60 subscribers
Subscribe

👍 0

Share    Save

31 views  Streamed live on Oct 30, 2022
Family Sunday with Guest Illusionist Scott Wolf.

**Music**
5 songs



What A Beautiful Name
Hillsong Worship, Brooke…
let there be light.

Jesus I Need You
Hillsong Worship, David Ware
OPEN HEAVEN / River Wild

Summer Evening
AShamaluevMusic
Summer Vibes

First Day
The American Dollar
Awake in the City

Rainmaker
Yanni
Ethnicity

♪ Music

**Transcript**
Follow along using the transcript.

Show transcript

Berean AG
60 subscribers

▶ Videos    About    Berean on Facerbook

Show less

Live chat replay
See what others said about this video while…    Open panel

0 Comments

Sort by

Add a comment...

---

Show chat replay


**god knows you are Craving Someone**
Powerful Vision
1.4K views · 3 days ago
New


**Sunday LIVE (10:30 AM | 1/12/25**
Calvary LIFE
1.2K views · Streamed 2 months ago


**A Psalm of Ascents | The God Who Does It Again | Beth Moore**
Living Proof Ministries with Beth Mo…
4.7K views · 3 days ago
New


**Celebration of Life George Stewart**
Berean AG
92 views · Streamed 7 months ago


**Built To Serve - BLESSED TO SERVE**
River City Church AZ
79 views · Streamed 12 days ago


**Christmas Tree Lighting 2024**
Biola University ✓
2.1K views · Streamed 3 months ago


**The Ark Montebello: 10/13/24 9am Sunday Morning Service**
The Ark Montebello
1.1K views · Streamed 5 months ago


**There's More | Week Four | March 30th 2025**
Watermark Church, Stillwater
67 views · Streamed 5 days ago
New


**Dr. Valerie Moore GEI COGIC Youth Takeover | Evening…**
Keeping Up with Jay Jones
15K views · 2 days ago
New


**Sunday Live Stream**
Berean AG
36 views · Streamed 2 months ago


**The Ark Montebello: 02/02/25 9am Sunday Morning Service**
The Ark Montebello
1.4K views · Streamed 2 months ago


**Prophet Brian Carn - Prophetic Warnings about the Coming…**
Prophet Brian Carn
3.1K views · 2 days ago
New


**HPAC - Turn It Over To Jesus - 30th March 2025**
Hackney Pentecostal Apostolic Chur…
7.5K views · 3 days ago
New


**The Ark Montebello: 11/17/24 9am Sunday Morning Service**
The Ark Montebello
1.5K views · Streamed 4 months ago


**Christmas Eve LIVE (5:00 PM | 12/24/24)**
Calvary LIFE
1.6K views · Streamed 3 months ago


**Christmas Service | Radical Generosity | Julian Lowe | Oasi…**
Oasis LA
2.1K views · Streamed 3 months ago


**TLA | Sunday Service | 09/22/24 | A Place of Transformation**
Tapestry LA Church
1.1K views · Streamed 6 months ago


**The Ark Montebello: 03/30/25 9am Sunday Morning Service**
The Ark Montebello
1.2K views · Streamed 5 days ago
New


**Ignite God's Favor NOW: Set the Time for Your Breakthrough!**
Jane Hamon
2.1K views · 8 hours ago
New


**Living in God's Kingdom Today- Rev. Conroy B. Wilson**
UC TRUTH Jamaica (UC TRUTH)
513 views · Streamed 5 days ago
New



