# Exhibit 3

Case 1:26-cv-02835-BMC Document 29-3 Mail-Based License Printout Filed 07/17/26 Page 2 of 2 PageID #: 282

**Poseidon Wave Media <contact@poseidonwavemedia.com>**                    4/18/2025 11:14 PM

# License

To support@cognifit.com

---

Hello,

we noticed CogniFit is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@poseidonwavemedia.com

https://www.youtube.com/watch?v=nKaVjfaGQXk

Thank You,
Poseidon Wave Media Licensing
Queens, NY