Exhibit 4

 **Outlook**

---

**Berean Notice of Litigation**

---

**From** Richard Garbarini <rgarbarini@garbarinilaw.com>

**Date** Tue 11/25/2025 1:28 AM

**To** info@bereanag.org <info@bereanag.org>; sarah.c@bereanag.org <sarah.c@bereanag.org>; sarah.b@bereanag.org <sarah.b@bereanag.org>

**Bcc** rich cupolo <rcupolo2@gmail.com>

📎 1 attachment (176 KB)
Berean Notice of Litigation.pdf;

Pastor Freidel:

Attached is a Notice of Litigation concerning the systematic infringement of my client's copyrighted recordings and compositions by Berean Assembly of God.  Respond by November 28, 2025 if Berean has any interest in avoiding litigation.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

**GF**

## GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

November 24, 2025

**NOTICE OF LITIGATION**
**DEMAND TO CEASE AND DESIST**
**DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To*:* info@bereanag.org

Carl Friedel
Pastor
Berean Assembly of God
147 75th St.
Springfield, OR 97478

   Re: Poseidon Wave Media LLC. adv. Berean Assembly of God ("BEREAN")

Mr. Friedel:

  I represent Poseidon Wave Media LLC the sole owner of the copyrighted recordings and compositions titled: (i) "Faces in the Haze (Ambient)" – U.S. Copyright Registration No. SR 708-494; (ii) "Bump" – U.S. Copyright Registration No. SR 713-282; (iii) "Anything You Synthesize)" – U.S. Copyright Registration No. SR 713-287; (iv) "Oracle" – U.S. Copyright Registration No. SR 708-475; and (v) "First Day" – U.S. Copyright Registration No. SR 708-490 (the "Copyrighted Tracks").

  BEREAN created at least ten videos with an unlicensed, synchronized, reproduction of one or more of the Copyrighted Track (the "Infringing Videos"). See below:

| Title | URL | Copyrighted Track | Time Stamp |
|---|---|---|---|
| The Wonder of Hope - Live Stream 11/27/2022 | www.youtube.com/watch?v=tOtbPOb2wj8 | Faces in the Haze (Ambient) <br><br> Bump | 25:40 <br><br><br> 26:15 |

**CERTA BONUM CERTAMEN ◆ FIGHT THE GOOD FIGHT**

GARBARINI FITZGERALD P.C.
Page 2

| | | | |
|---|---|---|---|
| The Wonder of peace - Live Stream 12/4/2022 | www.youtube.com/watch?v=LA8NbCnIc1A | Faces in the Haze (Ambient)<br><br>Bump | 27:15<br><br><br>27:57 |
| The Wonder of Joy - Live Stream 12/11/2022 | www.youtube.com/watch?v=3OEL187Rg5o | Faces in the Haze (Ambient)<br><br>Bump | 31:13<br><br><br>33:02 |
| Neighborhoods & Nations Convention - Live Stream 11/13/2022 | www.youtube.com/watch?v=AA9_K3y4BIM | Faces in the Haze (Ambient)<br><br>Anything You Synthesize | 33:39<br><br><br><br>36:55 |
| Take Courage part 1- Live Stream 3/5/2023 | www.youtube.com/watch?v=1jpOUktH69o | Oracle | 31:07 |
| Pray This Way 4 - Sin-Debt - Live Stream 11/6/2022 | www.youtube.com/watch?v=2wwV38GuO3A | First Day | 40:55 |
| Fall Family Fun Fest at Berean - Sunday, October 30 at 4-6 PM | www.youtube.com/watch?v=1hGL-JNmnqE | First Day | Start |
| Fall Family Fun Fest - | www.youtube.com/watch?v=LoygEsZD_nk | First Day | Start |

GARBARINI FITZGERALD P.C.
Page 3

| Volunteers Needed | | | |
|---|---|---|---|
| Fall Family Fun Fest Details | www.youtube.com/watch?v=YXPai38CvMs | First Day | Start |
| | https://www.youtube.com/watch?v=R9LNJLGPRfA | First Day | Start |

There are, most likely, many additional infringing videos we have yet to identify. My client informed BEREAN of its infringing conduct on April 18, 2025, but BEREAN elected to ignore the prior notice. At no time did BEREAN have a license to synchronize, distribute, or publicly display the Copyrighted Tracks. In fact, BEREAN would never have been issued a license had it requested one due to my client's strict licensing policy.

Quite evidently, BEREAN has infringed my client's exclusive rights to the Copyrighted Track as set forth in Section 106 of the U.S. Copyright Act. This matter is going to proceed in one of two ways: (i) we can negotiate a pre-litigation resolution, or (ii) an action will be filed in federal court. If BEREAN is interested in a resolution, kindly contact me at rgarbarini@garbarinilaw.com or at 212.300.5358, no later than 3:00 pm on November 27, 2025.

In the event you fail to contact me, I will have no choice but to file against BEREAN in the Federal Court for the Eastern District of New York. In the interim, BEREAN is required to preserve all documents including web pages, in their original condition, or face a possible spoliation charge at the trial of this action, and remove the Infringing Videos from YouTube.

GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_

Richard M. Garbarini