# Exhibit 5

 **Outlook**

---

## Re: Berean Notice of Litigation

---

**From** Richard Garbarini <rgarbarini@garbarinilaw.com>

**Date** Thu 4/16/2026 1:58 PM

**To**    info@bereanag.org <info@bereanag.org>

**Bcc**   rich cupolo <rcupolo2@gmail.com>

📎 1 attachment (186 KB)

Draft Berean Complaint.pdf;

Berean:

Attached is the first draft of the complaint.  Kindly contact me as soon as possible if you have any interest in avoiding litigation.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

---

**From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Sent:** Thursday, April 16, 2026 9:22 AM
**To:** info@bereanag.org <info@bereanag.org>
**Subject:** Re: Berean Notice of Litigation

Berean has not responded to the below, but we are aware that it received the cease-and-desist.  This matter has now been designated for litigation.  Contact me by tomorrow to resolve pre-litigation.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177

Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

---

**From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Sent:** Tuesday, November 25, 2025 1:28 AM
**To:** info@bereanag.org <info@bereanag.org>; sarah.c@bereanag.org <sarah.c@bereanag.org>; sarah.b@bereanag.org <sarah.b@bereanag.org>
**Subject:** Berean Notice of Litigation

Pastor Freidel:

Attached is a Notice of Litigation concerning the systematic infringement of my client's copyrighted recordings and compositions by Berean Assembly of God.  Respond by November 28, 2025 if Berean has any interest in avoiding litigation.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.